RICHARDS v. THE STATE, on the complaint of MAUKER.— In error.

HELD, that the order of the Court in a case of bastardy is, that the defendant pay the money adjudged for the maintenance of the child to the person who shall support it. *Dickerson* v. *Gray*, 2 Blackf. 230.